AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

JUN - 3 2016

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
**Noel Garcia-Barajas**

**CRIMINAL COMPLAINT**

Case Number: M-16-1078-M

**IAE** YOB: **1978**
**the United Mexican States**
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 2, 2016** in **Hidalgo** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Noel Garcia-Barajas was encountered by Border Patrol Agents near Hidalgo, Texas on June 2, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on June 2, 2016, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on March 31, 2015, through El Paso, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On April 17, 2014 the defendant was convicted of 8 USC 1326 Re-Entry Of Removed Alien and sentenced to fifteen (15) months confinement and thirty-six (36) months supervised released term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

Sworn to before me and subscribed in my presence,
**June 03, 2016**

Signature of Complainant
**Francisco Armendariz   Senior Patrol Agent**

**Peter E. Ormsby**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer